# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-2973

_____

William Brent Maybin

*Plaintiff - Appellant*

v.

Corizon Healthcare; Dr. William McKenney

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: September 20, 2018
Filed: September 25, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Missouri inmate William Brent Maybin appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. In Maybin's vague and

_____

[1]The Honorable Carole E. Jackson, United States District Judge for the Eastern District of Missouri, now retired.

conclusory brief, he identifies no specific errors in the district court's thorough summary of the evidence the parties presented, or in the court's application of Eighth Amendment precedent to that evidence; and, viewing the summary judgment record in a light most favorable to Maybin, and drawing all reasonable inferences in his favor, we find no such errors. See Murchison v. Rogers, 779 F.3d 882, 886-87 (8th Cir. 2015) (de novo review). The judgment is affirmed. See 8th Cir. R. 47B.

_____